# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Tamee Lynn Cottrill,

    Plaintiff,

v.                                          Case No. 2:14-cv-415

Commissioner of Social Security,     Judge Michael H. Watson

    Defendant.                        Chief Magistrate Judge Deavers

## ORDER

On January 17, 2018, United States Chief Magistrate Judge Deavers, to whom this case was referred, issued a Report and Recommendation ("R&R") concerning the denial of Tamee Lynn Cottrill's ("Plaintiff") applications for disability insurance benefits and supplemental security income. The R&R recommended overruling Plaintiff's statement of errors and affirming the Commissioner of Social Security's ("Commissioner") decision.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 20, ECF No. 30. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* at 21. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's Statement of Errors is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED.**

*Michael H. Watson*
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**